# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

| | |
|---|---|
| **Plaintiff(s):** BANK OF NEW YORK MELLON | **Defendant(s):** Ivaylo Dodev ; Nikolina T Dodev |
| County of Residence: Outside the State of Arizona | County of Residence: Maricopa |
| County Where Claim For Relief Arose: Maricopa | |
| Plaintiff's Atty(s): | Defendant's Atty(s): |
| **Kim Lepore** female<br>**Wright Finlay & Zak, LLP**<br>16427 N. Scottsdale Road, Suite 300<br>Scottsdale , Arizona  85254<br>602-845-8898 | **Pro Se**<br>**Arizona** |

**IFP REQUESTED**

**REMOVAL FROM MARICOPA COUNTY, CASE #CV2016-004500**

II. Basis of Jurisdiction:	3. Federal Question (U.S. not a party)

III. Citizenship of Principal
Parties (Diversity Cases Only)
	Plaintiff:- 5 Non AZ corp and Principal place of Business outside AZ
	Defendant:- 1 Citizen of This State

IV. Origin :	2. Removed From State Court

V. Nature of Suit:	**290 Other Real Property**

VI.Cause of Action:	Pursuant to 28 U.S.C. §§ 1332 and 1331, as well as 28 U.S.C. §§ 1441 and 1446

VII. Requested in Complaint
	Class Action: **No**
	Dollar Demand:
	Jury Demand: **Yes**

VIII. This case **is not related** to another case.

Signature: **By, Ivaylo Dodev in propria persona**

Date: **7/14/2016**

If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.

Revised: 01/2014

# SUPPLEMENTAL CIVIL COVER SHEET
## FOR CASES REMOVED FROM ANOTHER JURISDICTION

This form must be attached to the Civil Cover Sheet at the time the case is filed in the United States District Clerk's Office

Additional sheets may be used as necessary.

1. **Style of the Case:**
   Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Crossclaimant(s) and Third Party Claimant(s) still remaining in the case and indicate their party type. Also, please list the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address, and phone number (including area code).

   | Party | Party Type | Attorney(s) |
   |---|---|---|
   | Bank of New York Mellon F/K/A Bank of New York, as Trustee, on behalf of the Registered Holders of Alternative Loan Trust 2007-OA7, Mortgage Pass-Through Certificates, Series 2007-OA7, its successors and/or assigns | Plaintiff | Kim R. Lepore (019130) |
   | Ivaylo Dodev | Defendant | in Propria Persona |
   | Nikolina T. Dodev | Defendant | in Propria Persona |

2. **Jury Demand:**
   Was a Jury Demand made in another jurisdiction?   Yes ●   No ○
   If "Yes," by which party and on what date?

   By, Ivaylo Dodev and Nikolina T. Dodev                                  07/06/2016

3. **Answer:**
   Was an Answer made in another jurisdiction?   Yes ○   No ●
   If "Yes," by which party and on what date?

4. **Served Parties:**
   The following parties have been served at the time this case was removed:

   | Party | Date Served | Method of Service |
   |---|---|---|
   | Bank of New York Mellon through Counsel | 07/14/2016 | ECF and electronic mail |
   |  |  |  |
   |  |  |  |

5. **Unserved Parties:**
   The following parties have not been served at the time this case was removed:

   | Party | Reason Not Served |
   |---|---|
   | N/A |  |
   |  |  |
   |  |  |

6. **Nonsuited, Dismissed or Terminated Parties:**
   Please indicate changes from the style of the papers from another jurisdiction and the reason for the change:

   | Party | Reason for Change |
   |---|---|
   | N/A |  |
   |  |  |
   |  |  |

7. **Claims of the Parties:**
   The filing party submits the following summary of the remaining claims of each party in this litigation:

   | Party | Claims |
   |---|---|
   | Defendants | See Notice of Removal |
   |  |  |
   |  |  |

**Pursuant to 28 USC § 1446(a) a copy of all process, pleadings, and orders served in another jurisdiction (State Court) shall be filed with this removal.**

Supp CV Cover Sheet (rev 8/20/2015)