# United States District Court
### District of Arizona
### Office of the Clerk

**Brian D. Karth**
District Court Executive / Clerk Of Court
Sandra Day O'Connor U. S. Courthouse, Suite 130
401 West Washington Street, SPC 1
Phoenix, Arizona 85003-2118



**Michael S. O'Brien**
Chief Deputy Clerk
Evo A. DeConcini U.S. Courthouse
405 W. Congress, Suite 1500
Tucson, Arizona 85701-5010

**Debra D. Lucas**
Chief Deputy Clerk
Sandra Day O'Connor U. S. Courthouse, Suite 130
401 West Washington Street, SPC 1
Phoenix, Arizona 85003-2118



FILED ___ LODGED
RECEIVED ___ COPY
JUL 27 2016
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

July 18, 2016

JUL 22 2016

Clerk's Office
Maricopa County Superior Court
201 West Jefferson St.
Phoenix, AZ 85003-2205

Received

A. Canisales
Deputy Clerk

**ATTN:** Civil File Counter

**RE:** **REMAND TO MARICOPA COUNTY SUPERIOR COURT**

District Court Case Number: **CV-16-2336-PHX-GMS**

Superior Court Case Number: **CV2016-004500**

Dear Clerk of Court:

Enclosed is a certified copy of the Order entered in this Court on <u>July 18, 2016,</u> remanding the above case to Maricopa County Superior Court for the State of Arizona.

Sincerely,

BRIAN D. KARTH, DCE/CLERK OF COURT

<u>S/L. Dixon</u>
Deputy Clerk

Enclosure
cc: all counsel