# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Bank of New York Mellon,<br><br>    Plaintiff,<br><br>v.<br><br>Ivaylo Tsvetanov Dodev, et al.,<br><br>    Defendants. | No. CV-16-02336-PHX-GMS<br><br>**ORDER** |

On July 25, 2016, Defendants filed a Motion to Dismiss for Lack of Jurisdiction (Doc. 9) and a Motion for Reconsideration (Doc. 10). This action was remanded back to Maricopa County Superior Court on July 18, 2016, thus this Court no longer has jurisdiction to rule on this action.

**IT IS HEREBY ORDERED** finding both Motions (Docs. 9-10) moot.

Dated this 1st day of August, 2016.

_____
Honorable G. Murray Snow
United States District Judge